**KROVATIN KLINGEMAN LLC**
Henry E. Klingeman, Esq. (6007)
744 Broad Street, Suite 1903
Newark, New Jersey 07102
Telephone: (973) 424-9777
Facsimile: (973) 424-9779
*Attorneys for Defendant Michael Urgola*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>MICHAEL URGOLA, ET AL.,<br><br>　　　　Defendants. | Crim. No. 08-327 (SRC)<br><br>Honorable Stanley R. Chesler, U.S.D.J.<br><br>**ORDER EXTENDING TIME FOR<br>VOLUNTARY SURRENDER** |

THIS MATTER having come before the Court on the Motion of Defendant Michael Urgola (Henry E. Klingeman, Esq., appearing) for an Order Extending Time for Voluntary Surrender for service of his sentence; the United States of America (Assistant U.S. Attorney Bohdan Vivitsky, appearing) having no objection; the Court having reviewed the letter from Defendant's doctor, Preston Hupart, D.O.; the Court having reviewed the record of proceedings to date, including Defendant's record of compliance with the terms and conditions of release imposed by the Court; and for good cause shown,

IT IS ON THIS ____14____ day of ___April___, 2011:

ORDERED that Defendant shall surrender to the custody of the Bureau of Prisons no earlier than May 2, 2011 or as soon thereafter as the Bureau of Prisons shall designate;

IT IS FURTHER ORDERED that Defendant shall surrender to the custody of the Bureau of Prisons at a location to be designated by the Bureau of Prisons; and

IT IS FURTHER ORDERED that all terms and conditions of release shall continue in full force and effect until such time as Defendant surrenders to the custody of the Bureau of Prisons.

HON. STANLEY R. CHESLER
United States District Judge

Consent as to form and content:

_____ 4/12/11
Henry E. Klingeman, Esq.
For Defendant Michael Urgola

_____
AUSA Bohdan Vivitsky
For the United States Attorney's Office